ACCEPTED
12-14-00162-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/29/2015 4:16:42 PM
CATHY LUSK
CLERK

# JAMES W. VOLBERDING

### ATTORNEY AND COUNSELOR AT LAW

### 100 EAST FERGUSON STREET

### SUITE 500

### TYLER, TEXAS 75702

Certified Public Accountant (Ark.)

American Society of CPAs

Board Certified, Criminal Law

Board Certified, Criminal Appellate Law

Texas Board of Legal Specialization

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

6/29/2015 4:16:42 PM

CATHY LUSK
Clerk

Telephone: 903.597.6622

Telecopier: 866.398.6883

*e-mail: jamesvolberding@gmail.com*

Cell Phone: 903.520.1373

June 29, 2015

Ms. Katrina McClenny
Chief Deputy Clerk
Twelfth Court of Appeals
1517 W. Front Street, Suite 354
Tyler, TX 75702

      RE:    *James C. Prosperie v. State*, Nos. 12-14-00161-CR, 12-14-00162-CR, In the Twelfth Court of Appeals

Dear Ms. McClenny:

Enclosed please find the letter that was sent with the Court's Opinion via certified mail to Mr. Prosperie on June 12. A copy of this letter was mailed to you on June 12. Did you not receive it? Also enclosed is a copy of the returned receipt that was signed and returned to our office on June 23, 2015. Please let me know if there are any additional requirements.

Thank you for your gracious consideration.

                Sincerely,

                James W. Volberding

cc:    Smith County District Attorney    *(via U.S. mail)*
      4th Floor, Courthouse
      100 North Broadway
      Tyler, TX 75702

# JAMES W. VOLBERDING

## ATTORNEY AND COUNSELOR AT LAW

### 100 EAST FERGUSON STREET

### SUITE 500

### TYLER, TEXAS 75702

Certified Public Accountant (Ark.)

American Society of CPAs

Board Certified, Criminal Law

Board Certified, Criminal Appellate Law

Texas Board of Legal Specialization

Telephone: 903.597.6622

Telecopier: 866.398.6883

e-mail: jamesvolberding@gmail.com

Cell Phone: 903.520.1373

June 12, 2015

Mr. James Carey Prosperie
Inmate No. 01952565
William R. Boyd Unit
200 Spur 113
Teague, TX 75860-2007

*Via Certified Mail, R.R.R.*

RE:    *Appeal of Sentencing in State of Texas v. James Carey Prosperie, In the 241st District Court, Smith County, Texas, and the Tyler Court of Appeals, and the Court of Criminal Appeals of Texas*

Dear James:

A copy of the Tyler Court of Appeals' decision is enclosed. The date of the decision is June 10, 2015. This means that the deadline for filing a petition for discretionary review is July 10, 2015. You have the right to file a pro se petition for discretionary review with the Clerk of the Court of Criminal Appeals. This means that you can act as your own lawyer and write your own petition for discretionary review and file it with the clerk. There is no bond or cost to you for doing so. The address to the Clerk of Court of Criminal Appeals is 201 West 14th Street, Room 106, Austin, TX 78701. Please read and comply with Rule 68 of the Rules of Appellate Procedure. If you need additional time to file a PDR, then you can file a motion with the clerk asking for more time. The court is likely to grant your request. If you ask me in writing, I will provide you with an example of a petition for discretionary review for you to follow. I will send additional information to you in a separate letter.

Sincerely,

James W. Volberding

cc:    Mrs. Mary Guice
       Ms. DeLana Prosperie Brown
       Ms. Gennie Prosperie Fitch
       Mr. Carlo D'Angelo

Ms. Dottie Prosperie Garrett
Mr. Carey Prosperie
Ms. Kathryn Prosperie Chavez

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James Prosperie
Inmate No. 01952565
Boyd Unit
200 Spur 113
Teague TX 75860-2001

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _Randy Grcel_  ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

_Randy Grcel_   6-17-15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type

☒ Certified Mail  ☐ Priority Mail Express™
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7014 2120 0001 3224 5392

PS Form 3811, July 2013   Domestic Return Receipt

---

7014 2120 0001 3224 5392

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To _Prosperie_

Street & Apt. No., or PO Box No.

City, State, ZIP+4

PS Form 3800, July 2014   See Reverse for Instructions

---

UNITED STATES POSTAL SERVICE
DALLAS 750
18 JUN '15
PM 5 1

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

James W. Volberding
100 E. Ferguson St., Suite 500
Tyler, TX 75702